**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Lynette Giordano, Gladys Morales, and Edwin Ortiz,

Plaintiffs,

-against-

Professional Claims Bureau, Inc.,

Defendant.

**JUDGMENT**
CV17-5225 (DRH)(AYS)

Defendant, Professional Claims Bureau, Inc. having offered judgment against itself pursuant to FRCP 68 in the sum of $3,003.00 plus costs of $455.00 and attorney's fees in an amount to be set by the court, and Plaintiffs having accepted said offer of judgment, it is

**ORDERED AND ADJUDGED** that Plaintiffs Lynette Giordano, Gladys Morales, and Edwin Ortiz recover from Defendant Professional Claims Bureau, Inc. the principal amount of $3,003.00, costs of $455.00, and attorney's fees in an amount to be set by the court; and that this case is closed.

Dated: Central Islip, New York
       May 23, 2018

DOUGLAS C. PALMER
CLERK OF COURT
/s/ James J. Toritto
Deputy Clerk